UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 10 cv 9527 (WHP) |
| | : | |
| ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF MARTEK BIOSCIENCES CORPORATION, | : | ECF case |
| | : | |
| Defendant. | : | |

DECLARATION OF RICHARD HONG

I, RICHARD HONG, PURSUANT TO 28 U.S.C. § 1746, DECLARE THAT:

1.      I am an Assistant Chief Litigation Counsel in the Division of Enforcement of the Securities and Exchange Commission ("Commission"). I serve as trial counsel for the Commission in this action. I am a member of the Bar of this Court.

2.      Based upon my personal knowledge, as well as upon information provided by the staff of the SEC, I provide this Declaration.

3.      On December 23, 2010, the Commission electronically served the following on UBS Securities, LLC ("UBS Securities"):  (a) Summons in a Civil Action; (b) Complaint; (c) Temporary Restraining Order Freezing Assets and Granting Other Relief and Order to Show Cause Why a Preliminary Injunction Should Not be Issued ("TRO"); (d) Plaintiff Securities and Exchange Commission's Memorandum in Support of Application for an *Ex Parte* Temporary Restraining Order Freezing Assets and Granting Other Relief and for an Order to Show Cause Why a Preliminary Injunction Should Not be Issued; and (e) Plaintiff Securities and Exchange

Commission's Emergency Application for an *Ex Parte* Temporary Restraining Order Freezing Assets and Granting Other Relief and for an Order to Show Cause Why a Preliminary Injunction Should Not be Issued.

4.      The SEC also e-mailed and overnight-mailed the TRO to UBS Securities upon the issuance of it in the late afternoon of December 22, 2010.

5.      On the morning of December 23, 2010, UBS Securities confirmed the receipt of the TRO, and informed the Commission staff that a copy of the TRO had been sent to "the relevant UBS people in the US and Switzerland."


I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2010.

_____
Richard Hong