UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:
v. : No. 10 Civ. 9527 (WHP)
:
ONE OR MORE UNKNOWN PURCHASERS OF :
SECURITIES OF MARTEK BIOSCIENCES :
CORPORATION, :
:
Defendant. :
:
------------------------------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas M. Tween of Baker & McKenzie, hereby enters his appearance as one of the attorneys of record for and on behalf of Defendant Guiseppe Abatemarco in connection with the above-captioned action.

Dated  New York, New York           BAKER & MCKENZIE LLP
       January 5, 2011

                                    By:   /s/ Douglas M. Tween
                                          Douglas M. Tween
                                          A Member of the Firm

                                          1114 Avenue of the Americas
                                          New York, New York  10036
                                          (212) 626-4355
                                          *Attorneys for Defendant*