```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SECURITIES AND EXCHANGE,
COMMISSION,

                Plaintiff,

-against-

ONE OR MORE UNKNOWN PURCHASERS
OF SECURITIES OF MARTEK

                Defendants.
------------------------------------X

10 Civ. 9527 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a conference on February 8, 2011, the following schedule is established on consent:

        1. Plaintiff shall amend the complaint and caption by March 21, 2011;

        2. The parties shall identify any experts by June 3, 2011;

        3. All discovery shall be completed by August 12, 2011;

        4. The parties shall inform the Court of any dispositive motions by August 19, 2011;

        5. This Court will hold a status conference on August 26, 2011.

Dated: February 10, 2011
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record*